**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-02259-REB

AHMED ALAEEDEINE KISSAYI,

    Plaintiff
v.

ALBERTO GONZALES,
MICHAEL CHERTOFF,
EMILIO TO GONZALEZ,
MARIO ORTIZ, and
ROBERT S. MUELLER, III,

    Defendants.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Joint Motion to Dismiss by Stipulation of the Parties** [#3], filed January 12, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion to Dismiss by Stipulation of the Parties** [#3], filed January 12, 2007, is **GRANTED**; and

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated January 12, 2007, at Denver, Colorado.

    **BY THE COURT:**

    **s/ Robert E. Blackburn**
    **Robert E. Blackburn**
    **United States District Judge**